UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CASE NO. 4:16-CR-00385 |
| SUNNY JOSHI, et al., Defendants. | § § § | |

## NOTICE OF DECLARATION OF PUBLICATION

The United States of America has published notice of this forfeiture action as stated in the attached and incorporated declaration.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By:   s/Kristine E. Rollinson
Kristine E. Rollinson
Texas State Bar No. 00788314
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CASE NO. 4:16-CR-00385 |
| | § | |
| SUNNY JOSHI, et al., | § | |
| Defendants. | § | |

## DECLARATION OF PUBLICATION

Notice of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 2, 2018, and ending on October 31, 2018, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2020 at Houston, Texas.

_____
Erin Lowe
Paralegal FSA Contractor
United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas 77002
Phone: 713-567-9000

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# COURT CASE NUMBER: 4:16-CR-00385; NOTICE OF FORFEITURE

Notice is hereby given that on July 18, 2018, in the case of U.S. v. Joshi et al., Court Case Number 4:16-CR-00385, the United States District Court for the Southern District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

$5,800 in U.S. currency seized from defendant Harsh Patel on or about October 27, 2016 (17-ICE-002297) which was seized from Harsh Patel on October 27, 2016 in Piscataway, NJ.

TWO MONEY ORDERS, BOTH IN THE AMOUNT OF $800, SEIZED FROM DEFENDANT FAHAD ALI ON OR ABOUT OCTOBER 27, 2016. (17-ICE-002298) which was seized from FAHAD ALI on October 27, 2016 in Oak Lawn, IL.

A MONEY ORDER IN THE AMOUNT OF $2,500 SEIZED FROM DEFENDANT FAHAD ALI ON OR ABOUT OCTOBER 27, 2016. (17-ICE-002299) which was seized from FAHAD ALI on October 27, 2016 in Oak Lawn, IL.

A MONEY ORDER IN THE AMOUNT OF $900 SEIZED FROM DEFENDANT FAHAD ALI ON OR ABOUT OCTOBER 27, 2016. (17-ICE-002300) which was seized from FAHAD ALI on October 27, 2016 in Oak Lawn, IL.

$545,721.60 SEIZED ON OR ABOUT MARCH 23, 2017, FROM APPROXIMATELY ONE THOUSAND (1,000) GREEN DOT GPR CARDS. (17-ICE-002301) which was seized from SUNNY JOSHI on March 23, 2017 in Sugar Land, TX.

A GOLD BALL NECKLACE SEIZED FROM DEFENDANT BHAVESH PATEL ON OR ABOUT OCTOBER 27, 2016. (17-ICE-002302) which was seized from BHAVESH PATEL on October 27, 2016 in Gilbert, AZ.

IPHONE 6 PLUS, 64GB, SERIAL NO. FZNP342DG5QY. (17-ICE-002303) which was seized from RAJESH BHATT on October 27, 2016 in Sugar Land, TX.

IPAD 3, 16GB, SERIAL NO. F4KK9WFPF196. (17-ICE-002304) which was seized from RAJESH BHATT on October 27, 2016 in Sugar Land, TX.

DELL INSPIRON 1300-7532 LAPTOP, SERIAL NO. GLNC932. (17-ICE-002305) which was seized from RAJESH BHATT on October 27, 2016 in Sugar Land, TX.

DELL INSPIRON E1405 LAPOP, SERIAL NO. H25DMC1. (17-ICE-002306) which was seized from RAJESH BHATT on October 27, 2016 in Sugar Land, TX.

THREE (3) SILVER INGOTS SEIZED FROM DEFENDANT RAJESH BHATT,

A.K.A. MANOJ JOSHI, ON OR ABOUT OCTOBER 27, 2016. (17-ICE-002307) which was seized from RAJESH BHATT on October 27, 2016 in Sugar Land, TX.

$11,354 in United States currency seized from defendant Praful Patel on or about October 27, 2016 (17-ICE-002308) which was seized from Praful Patel on October 27, 2016 in Ft. Meyers, FL.

Samsung S7 Galaxy cell phone, Model SM-69300, seized from defendant Rajesh Kumar on or about October 27, 2016 (17-ICE-002309) which was seized from Rajesh Kumar on October 27, 2016 in Mesa, AZ.

Samsung cell phone, Model SCH-S738C, seized from defendant Rajesh Kumar on or about October 27, 2016 (17-ICE-002310) which was seized from Rajesh Kumar on October 27, 2016 in Mesa, AZ.

$7,000 IN UNITED STATES CURRENCY SEIZED FROM DEFENDANT VIRAJ PATEL ON OR ABOUT OCTOBER 27, 2016. (17-ICE-002311) which was seized from VIRAJ PATEL on October 27, 2016 in Anaheim, CA.

Samsung S5 cell phone, Serial Number R28G92Q3MZX, Model SM-G530T, seized from defendant Rajesh Kumar on or about October 27, 2016 (17-ICE-002312) which was seized from Rajesh Kumar on October 27, 2016 in Mesa, AZ.

ITUNES GIFT CARDS SEIZED ON OR ABOUT OCTOBER 27, 2016, FROM A BLACK HONDA ACCORD REGISTERED TO ASMITABEN PATEL WITH ILLINOIS PLATE NUMBER S321792. (17-ICE-002313) which was seized from MITESHKUMAR PATEL on October 27, 2016 in Willowbrook, IL.

APPLE IPHONE 7, IMEI 0359207072419482, MSISDN (708) 250-3145. (17-ICE-002314) which was seized from MITESHKUMAR PATEL on October 27, 2016 in Willowbrook, IL.

APPLE IPHONE 5, SERIAL NUMBER DQGQT078FH1C. (17-ICE-002315) which was seized from MITESHKUMAR PATEL on October 27, 2016 in Wollowbrook, IL.

OUT-OF-CIRCULATION UNITED STATES CURRENCY, APPROXIMATELY TWO HUNDRED AND EIGHT (208) TOTAL BILLS, SEIZED FROM DEFENDANT MITESH PATEL ON OR ABOUT OCTOBER 27, 2016. (17-ICE-002316) which was seized from MITESHKUMAR PATEL on October 27, 2016 in Willowbrook, IL.

Twenty Five (25) gold bars seized from defendant Mitesh Patel on or about October 27, 2016 (17-ICE-002317) which was seized from Mitesh Patel on October 27, 2016 in Willowbrook, IL.

Six (6) silver bars from defendant Mitesh Patel on or about October 27, 2016 (17-ICE-002318) which was seized from Mitesh Patel on October 27, 2016 in Willowbrook, IL.

Six (6) silver bars seized from defendant Mitesh Patel on or about October 27, 2016

(17-ICE-002319) which was seized from Mitesh Patel on October 27, 2016 in Willowbrook, IL.

Two (2) miscellaneous silver coins weighing at least 3-4 ounces each, seized from defendant Mitesh Patel on or about October 27, 2016 (17-ICE-002320) which was seized from Mitesh Patel on October 27, 2016 in Willowbrook, IL.

$4,095 in United States Currency seized from defendant Mitesh Patel on or about October 27, 2016 (17-ICE-002321) which was seized from Mitesh Patel on October 27, 2016 in Willowbrook, IL.

$241,302.45 seized on or about October 27, 2016, from approximately two hundred twenty seven (227) Green Dot General Purpose Reloadable (GPR) cards (17-ICE-002390) which was seized from Mitesh Patel on October 27, 2016 in Willowbrook, IL.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (October 02, 2018) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, U.S. District Courthouse, 515 Rusk, Houston, TX  77002, and a copy served upon Trial Attorney Amanda Wick, 1400 New York Avenue, NW, Suite 10100, Washington, DC  20530.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online,

you must file your petition for remission in writing by sending it to Trial Attorney Amanda Wick, 1400 New York Avenue, NW, Suite 10100, Washington, DC  20530.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 2, 2018 and October 31, 2018.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Joshi et al.

**Court Case No:**     4:16-CR-00385
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/02/2018 | 24.0 | Verified |
| 2 | 10/03/2018 | 24.0 | Verified |
| 3 | 10/04/2018 | 24.0 | Verified |
| 4 | 10/05/2018 | 24.0 | Verified |
| 5 | 10/06/2018 | 24.0 | Verified |
| 6 | 10/07/2018 | 24.0 | Verified |
| 7 | 10/08/2018 | 24.0 | Verified |
| 8 | 10/09/2018 | 24.0 | Verified |
| 9 | 10/10/2018 | 24.0 | Verified |
| 10 | 10/11/2018 | 24.0 | Verified |
| 11 | 10/12/2018 | 24.0 | Verified |
| 12 | 10/13/2018 | 24.0 | Verified |
| 13 | 10/14/2018 | 24.0 | Verified |
| 14 | 10/15/2018 | 24.0 | Verified |
| 15 | 10/16/2018 | 24.0 | Verified |
| 16 | 10/17/2018 | 24.0 | Verified |
| 17 | 10/18/2018 | 24.0 | Verified |
| 18 | 10/19/2018 | 24.0 | Verified |
| 19 | 10/20/2018 | 24.0 | Verified |
| 20 | 10/21/2018 | 24.0 | Verified |
| 21 | 10/22/2018 | 24.0 | Verified |
| 22 | 10/23/2018 | 24.0 | Verified |
| 23 | 10/24/2018 | 24.0 | Verified |
| 24 | 10/25/2018 | 24.0 | Verified |
| 25 | 10/26/2018 | 24.0 | Verified |
| 26 | 10/27/2018 | 24.0 | Verified |
| 27 | 10/28/2018 | 24.0 | Verified |
| 28 | 10/29/2018 | 24.0 | Verified |
| 29 | 10/30/2018 | 24.0 | Verified |
| 30 | 10/31/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.